■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JORGE SPRAU, Also Known as JORGE MONGO, Appellant.—

We feel that imposition of the maximum sentence for the top count was unduly harsh under the circumstances herein and, therefore, we reduce it in the exercise of our discretion. We have examined the remaining contentions of defendant and find them to be without merit. Concur—Murphy, P. J., Carro, Asch, Kassal and Smith, JJ.